SEALED BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 4 2004

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  2286
Chief, Narcotics Section

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR04-00265 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | [21 U.S.C. § 846] |
| vs. | ) | |
| | ) | |
| SOLOMON MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

From a date unknown but from at least on or about January 1, 2000, to on or about April 24, 2002 in the District of Hawaii and elsewhere, the defendant SOLOMON MARTIN did conspire together with David Espinal, Mark Tagoai, Silo Tagoai, Edward Moetului, aka "Big Ed," not defendants herein, and with other

persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21 United States Code, Section 841(a)(1).

<u>Overt Acts</u>

In furtherance of the conspiracy and to effect the objectives of this conspiracy, the defendant and his co-conspirators performed overt acts in the District of Hawaii and elsewhere, including but not limited to:

1. During the summer of 2001, the defendant SOLOMON MARTIN received a pound of crystal methamphetamine - "ice" from David Espinal, which he held for distribution to others;

2. On or about December 19, 2001, the defendant SOLOMON MARTIN spoke on the telephone with David Espinal;

3. On or about December 21, 2001, the defendant SOLOMON MARTIN spoke on the telephone with David Espinal;

4. On or about December 22, 2001, the defendant SOLOMON MARTIN spoke on the telephone with Silo Tagoai;

5. On or about December 22, 2001, the defendant SOLOMON MARTIN transported approximately $60,000 in United States currency to Silo Tagoai in Ewa Beach, Hawaii, in payment for a quantity of crystal methamphetamine;

6. On or about December 23, 2001, Silo Tagoai transported $72,845 in United States currency in two suitcases on board a Delta Airlines flight form Honolulu, Hawaii, to San Francisco, California;

7. On or about January 8, 2002, the defendant SOLOMON MARTIN spoke on the telephone with Mark Tagoai;

8. On or about January 31, 2002, Mark Tagoai spoke on the telephone with David Espinal;

9. During February 2002, the defendant SOLOMON MARTIN possessed one pound of crystal methamphetamine - "ice" which he intended to distribute;

10. During February 2002, the defendant SOLOMON MARTIN transferred $95,000 in United States currency to Mark Tagoai and David Espinal;

11. On or about March 6, 2002, the defendant SOLOMON MARTIN spoke on the telephone with Mark Tagoai;

12. During April 2002, the defendant SOLOMON MARTIN possessed a pound of crystal methamphetamine - "ice" which he intended to distribute.

All in violation of Title 21, United States Code, Section 846.

<u>Sentencing Allegations</u>

With respect to the Count of the Indictment in which he is charged:

     - the defendant possessed, with intent to distribute, more than eight pounds but less than ten pounds of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance;

     - "ice," with respect to the Indictment means a mixture or substance containing d-methamphetamine hydrochloride of at least 80 percent purity.

     DATE: July _14_, 2004, at Honolulu, Hawaii.

                                           A TRUE BILL

                                           /s/
                                           FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_[signature]_
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_[signature]_
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Solomon Martin
Cr. No. _____
INDICTMENT